**DISMISS and Opinion Filed February 7, 2022**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

**No. 05-21-01072-CV**
_____

**JARED WILLIAMS, Appellant**

**V.**

**LEGACY HALL, LLC, LEGACY HALL MANAGEMENT, LLC, FRONT BURNER RESTAURANTS GP, LLC, AND FRONT BURNER RESTAURANTS, LP, ABC MANUFACTURER, DEF SELLER, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09445**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Before the Court is appellant's motion to dismiss the appeal because he no longer wishes to prosecute the appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(2).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

211072F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JARED WILLIAMS, Appellant

No. 05-21-01072-CV       V.

LEGACY HALL, LLC, LEGACY
HALL MANAGEMENT, LLC,
FRONT BURNER RESTAURANTS
GP, LLC, AND FRONT BURNER
RESTAURANTS, LP, ABC
MANUFACTURER, DEF SELLER,
Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-09445.
Opinion delivered by Justice
Reichek. Justices Nowell and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered February 7, 2022